_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-10929-JLS-PD                                           Date: June 4, 2025
Title: Oceana, Inc. v. National Marine Fisheries Service
_____

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**           **(IN CHAMBERS) SCHEDULING ORDER**

The Court has received and reviewed the parties' Joint Rule 26(f) Report. (Doc. 20.) The Scheduling Conference has been vacated, and the Court sets the following schedule.

Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should, at the time of filing, be noticed for hearing on the Court's first available motions hearing date. (*See* http://www.cacd.uscourts.gov/honorable-josephine-l-staton) (showing closed civil motions hearing dates); *see also* Local Rules 7-9 & -10 (deadlines for opposition and reply briefs).)

The parties believe that no discovery will be necessary and anticipate that the Court will resolve the case on cross-motions for summary judgment. The Court adopts the parties' schedule for cross-motions for summary judgment. The parties have also proposed a full schedule, which will apply if the Court does not resolve the case on the cross-motions for summary judgment. The schedule is set forth below.

These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances. *See* Fed. R. Civ. P. 16(b)(4). Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference. The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference. Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-10929-JLS-PD                                Date: June 4, 2025
Title: Oceana, Inc. v. National Marine Fisheries Service

| | |
|---|---:|
| Last Day to File a Motion to Add Parties or Amend Pleadings: | **August 1, 2025** |
| Last Day to File Defendant's Motion for Summary Judgment: | **June 20, 2025** |
| Last Day to File Plaintiff's Cross-Motion for Summary Judgment: | **July 18, 2025** |
| Last Day to File Opposition Brief (Plaintiff): | **July 18, 2025** |
| Last Day to File Opposition Brief (Defendant): | **August 8, 2025** |
| Last Day to File Reply Brief (Defendant): | **August 8, 2025** |
| Last Day to File Reply Brief (Plaintiff): | **August 29, 2025** |
| Hearing Date: | **As noticed, but no earlier than September 26, 2025** |
| Fact Discovery Cutoff: | **December 5, 2025** |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | **December 19, 2025** |
| Last Day to Serve Initial Expert Reports: | **December 19, 2025** |
| Last Day to Serve Rebuttal Expert Reports: | **January 16, 2026** |
| Last Day to Conduct Settlement Proceedings: | **February 6, 2026** |
| Expert Discovery Cutoff: | **February 13, 2026** |
| Last Day to File Daubert Motions: | **February 20, 2026** |
| Last Day to File Motions in Limine: | **April 10, 2026** |
| Final Pretrial Conference (10:30 a.m.): | **May 8, 2026** |
| Preliminary Trial Estimate:[1] | **1 day** |

Initials of Deputy Clerk:  kd

---

[1] This is the parties' estimate.  The Court may allot fewer days for trial.