BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SARAH L. CRONIN (Cal. Bar No. 252624)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3986
    Facsimile: (213) 894-7819
    E-mail: Sarah.Cronin@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>    Defendant. | No. 2:24-cv-10929-JLS-PD<br><br>**DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS**<br><br>Hearing Date:  September 26, 2025<br>Hearing Time:  10:30 a.m.<br>Ctrm:  8A<br><br>Hon. Josephine L. Staton<br>United States District Judge |

STATEMENT OF UNCONTROVERTED FACTS

| SUF No. | Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|---|
| 1. | Defendant National Marine Fisheries Service (commonly referred to as "NOAA Fisheries"), is part of the National Oceanographic and Atmospheric Administration ("NOAA"), which in turn is a component of the Department of Commerce.<br><br>Declaration of Jon McVeigh ("McVeigh Decl."), ¶ 1. | 1. |
| 2. | NOAA Fisheries is responsible for the stewardship of the nation's ocean resources and their habitat.<br><br>McVeigh Decl., ¶ 4. | 2. |
| 3. | NOAA Fisheries uses a system of observers – professionally trained biological technicians – to gather data on what is caught and what is discarded by U.S. commercial fishing vessels.<br><br>McVeigh Decl., ¶ 5. | 3. |
| 4. | The data collected by observers are used to assess fish populations, set fishing quotas, | 4. |

1

| | | |
|---|---|---|
| | and inform sustainable fisheries management. NOAA Fisheries coordinates up to 18 observer programs in five regions.<br><br>McVeigh Decl., ¶¶ 7, 8. | |
| 5. | On June 22, 2022, Plaintiff submitted a FOIA request to Defendant ("FOIA Request").<br><br>McVeigh Decl., ¶ 13, Ex. 1 (FOIA Request). | 5. |
| 6. | At Defendant's request, Plaintiff agreed to limit the time period of the FOIA Request to extend back only to 2007.<br><br>McVeigh Decl., ¶ 24, Ex. 2. | 6. |
| 7. | On October 6, 2022, Defendant informed Plaintiff that, with respect to the portion of the Request seeking records related to the Gillnet Observer Program, all responsive records for the California set gillnet fishery not exempt from production had already been produced to Plaintiff in response to a 2014 FOIA request, and that "[Defendant] has not collected any new responsive photos or videos in this fishery since the 2014 [] release." | 7. |

| | | |
|---|---|---|
| | McVeigh Decl., ¶ 25, Ex. 3. | |
| 8. | On January 13, 2023, Defendant provided Plaintiff with a final determination letter, dated January 10, 2023, on their FOIA Request.<br><br>McVeigh Decl., ¶ 32, Ex. 5. | 8. |
| 9. | The 77 photographs withheld by Defendant were taken by observers of the Groundfish Observer Program in the California halibut trawl fishery.<br><br>McVeigh Decl., ¶¶ 36-37. | 9. |
| 10 | The withheld photographs have the following identifiable species (or aggregate) within them:<br>    a.    Bat ray<br>    b.    Big skate<br>    c.    Brandt's cormorant<br>    d.    Cowcod rockfish<br>    e.    Dungeness crab<br>    f.    Giant sea bass<br>    g.    Green sturgeon<br>    h.    Soupfin shark<br>    i.    Aggregate catch on the deck of an observed California halibut bottom trawl | 10. |

| | | |
|---|---|---|
| | vessel.<br><br>McVeigh Decl., ¶ 38. | |
| 11 | None of the withheld photographs contain images of marine mammals.<br><br>McVeigh Decl., ¶ 39. | 11. |

Dated: June 20, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

   /s/ *Sarah L. Cronin*
SARAH L. CRONIN
Assistant United States Attorney

Attorneys for Defendant

4