# NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OCEANA, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>    *Defendant*. | Case No. 2:24-cv-10929-JLS-PD<br><br>**ORDER GRANTING STIPULATION RE CONTINUANCE OF HEARING DATE ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT (Doc. 31)** |

1    Having considered the parties' Stipulation Re Continuance of Hearing Date
2 on Parties' Cross-Motions for Summary Judgment (Doc. 31), and finding good
3 cause therein, the Court GRANTS the Stipulation.  The hearing on the parties'
4 cross-motions for summary judgment is CONTINUED to **October 17, 2025, at**
5 **10:30 AM**.

6

7

8  DATED: September 16, 2025          _____
                                      HON. JOSEPHINE L. STATON
9                                     UNITED STATES DISTRICT JUDGE