# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-10929-JLS-(PDx) | Date | October 17, 2025 |
| Title | Oceana, Inc. v. National Marine Fisheries Service | | |

**PRESENT:** **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | Phyllis Preston |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Rumela Roy                                                 Sarah Cronin, AUSA
Andrea Treece

**PROCEEDINGS:   VIA ZOOM** Motion for Summary Judgment filed by Defendant National Marine Fisheries Service [25] and Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment [28]

     The case is called and counsel state their appearance. Court and counsel confer. The motion hearing is held. The Court takes the motion under submission and a written order will issue.

:  21

Initials of Clerk: kd