JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANA, INC.,<br>　　　　　Plaintiff,<br>　　v.<br>NATIONAL MARINE FISHERIES SERVICE,<br>　　　　　Defendant. | Case No. 2:24-cv-10929-JLS-PD<br><br>**FINAL JUDGMENT** |

Having granted the motion for summary judgment of Plaintiff Oceana, Inc. against Defendant National Marine Fisheries Service (Doc. 37), it is HEREBY ORDERED AND ADJUDGED:

1. Judgment is entered for Plaintiff against Defendant;
2. Defendant shall, within **seven (7) days** of the federal government re-opening, release to Plaintiff all records responsive to Plaintiff's West Coast Groundfish Observer Program FOIA request;
3. If Defendant redacts information within those records because it would directly or indirectly disclose the identity or business of any person who has submitted such information, Defendant shall provide Plaintiff with a *Vaughn* index explaining the reasons for the redactions within **seven (7) days** after the federal government re-opening.

Dated: October 24, 2025

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE