UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANA, INC.,<br><br>       *Plaintiff*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>       *Defendant*. | Case No. 2:24-cv-10929-JLS-PD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES (Doc. 39)** |

1  Having considered the Parties' Stipulation to Extend Deadline to File
2  Plaintiff's Motion for Attorneys' Fees and Expenses (Doc. 39), the Court
3  GRANTS the Parties' Stipulation.  IT IS HEREBY ORDERED THAT:
4  1. Plaintiff's motion for attorneys' fees and expenses is due by **February 5,**
5  **2026** or **90 days** after the federal government re-opening, whichever occurs later;
6  and
7  2. On or before that date, the Parties shall file a joint status report detailing
8  the prospects for agreement on attorneys' fees and expenses or proposing a
9  briefing schedule for proceedings on attorneys' fees and expenses.

12  DATED: November 6, 2025          _____
                                      HON. JOSEPHINE L. STATON
13                                    UNITED STATES DISTRICT JUDGE