UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANA, INC., <br><br>        *Plaintiff*, <br><br>v. <br><br>NATIONAL MARINE FISHERIES SERVICE, <br><br>        *Defendant*. | Case No. 2:24-cv-10929-JLS-PD <br><br> **ORDER GRANTING STIPULATION TO FURTHER EXTEND DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES (Doc. 41)** |

Having considered the Parties' Joint Status Report and Stipulation to Further Extend Deadline to File Plaintiff's Motion for Attorneys' Fees and Expenses (Doc. 41), the Court GRANTS the Parties' Stipulation and ORDERS that:

1. Plaintiff's motion for attorneys' fees and expenses is due by **June 10, 2026**; and

2. On or before that date, the Parties shall file a joint status report detailing the prospects for agreement on attorneys' fees and expenses or proposing a briefing schedule for proceedings on attorneys' fees and expenses.

1
2
3  DATED: February 15, 2026
4  
                                                    _____
                                                    HON. JOSEPHINE L. STATON
                                                    UNITED STATES DISTRICT JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21