# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

OCEANA, INC.,

       Plaintiff,

    v.

NATIONAL MARINE FISHERIES SERVICE,

       Defendant.

Case No.:    2:24-cv-10929-JLS-PD

**ORDER GRANTING STIPULATION TO FURTHER EXTEND DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES (Doc. 43)**

The Court, having considered the Parties' Stipulation to Further Extend Deadline to File Plaintiff's Motion for Attorneys' Fees and Expenses (Doc. 43), GRANTS the Stipulation and ORDERS that:

1. Plaintiff's motion for attorneys' fees and expenses is due by July 27, 2026; and

2. On or before that date, the Parties shall file a joint status report detailing the prospects for agreement on attorneys' fees and expenses or proposing a briefing schedule for proceedings on attorneys' fees and expenses.

Dated:  June 12, 2026

# JOSEPHINE L. STATON

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2