**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

OCEANA, INC.,

        *Plaintiff,*

   v.

NATIONAL MARINE FISHERIES SERVICE,

        *Defendant.*

Case No. 2:24-cv-10929-JLS-PD

**ORDER GRANTING REQUEST FOR BRIEFING SCHEDULE FOR PROCEEDINGS ON ATTORNEYS' FEES AND EXPENSES (Doc. 45)**

Having considered the parties' Third Joint Status Report with Proposed Briefing Schedule for Proceedings on Attorneys' Fees and Expenses (Doc. 45), the Court ADOPTS the parties' proposed briefing schedule.  IT IS HEREBY ORDERED THAT:

1. **September 1, 2026:** Plaintiff shall file its motion for attorney's fees and expenses;

2. **October 6, 2026:** Defendant shall file its response to Plaintiff's motion for attorney's fees and expenses;

3. **October 27, 2026:** Plaintiff shall file its reply in support of its motion for attorney's fees and expenses.

DATED:_July 30, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2