# NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

OCEANA, INC.,

*Plaintiff*,

v.

NATIONAL MARINE FISHERIES SERVICE,

*Defendant*.

Case No. 2:24-cv-10929-JLS-PD

**ORDER VACATING BRIEFING SCHEDULE FOR PROCEEDINGS ON ATTORNEYS' FEES AND EXPENSES (Doc. 46)**

Final Judgment was entered in this action in October, 2025. The parties have now filed a Fourth Joint Status Report, this time with a request to vacate the briefing schedule for attorneys' fees and expenses (Doc. 47). This request to vacate the briefing schedule was not filed until the day the opening brief was due. The parties represent that they have reached an agreement in principle on the outstanding issues. Based on that representation, the Court ORDERS as follows:

1. The current briefing schedule (Doc. 46) is vacated.

2. Within **thirty (30) days** of this Order, the parties shall file a joint stipulation regarding attorneys' fees and expenses.
3. Other than entry of an amended judgment, if one is necessary, the Court deems this matter resolved. Any request to re-open briefing on the issue of attorneys' fees and costs will have to be accompanied by declarations that make a strong showing of good cause.

DATED:_September 2, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE