UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OCEANA, INC.,

Plaintiff,

v.

NATIONAL MARINE FISHERIES SERVICE

Defendant.

Case No. 2:24-cv-10929-JLS-PD

**ORDER GRANTING STIPULATION REGARDING ATTORNEYS' FEES AND COSTS (Doc. 49)**

Having considered the Parties' Stipulation Regarding Attorneys' Fees and Costs (Stipulation, Doc. 49), the Stipulation is GRANTED. IT IS HEREBY ORDERED THAT:

1. Defendant National Marine Fisheries Service is ordered to pay Plaintiff Oceana, Inc. its attorneys' fees, expenses, and costs in the amount set forth in the Stipulation; and

2. The payment of the sum set forth in the Stipulation constitutes full settlement and satisfaction of any and all claims for attorneys' fees, expenses, and costs Plaintiff incurred in the above-entitled action.

DATED: September 30, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE